**UNITED STATES of America,**
**Plaintiff – Appellee,**

v.

**Randy Dewayne PITTMAN,**
**Defendant – Appellant.**

**No. 16-10251**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed September 28, 2017

Emily Baker Falconer, James Wesley Hendrix, Assistant U.S. Attorneys, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Gregory Don Sherwood, Esq., Law Office of Gregory Sherwood, Austin, TX, for Defendant-Appellant

Randy DeWayne Pittman, Pro Se

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

Randy Pittman pleaded guilty of being a felon in possession of a firearm and was

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

sentenced to 51 months of imprisonment and five years of supervised release ("SR"). The term of SR exceeds the statutory maximum term for Pittman's offense, as the parties agree. *See* 18 U.S.C. §§ 922(g)(1); 924(a)(2), 3559(a)(3), 3583(b)(2); *United States v. Vera*, 542 F.3d 457, 459 (5th Cir. 2008). The judgment is therefore VACATED as to the term of SR, and this matter is REMANDED to modify the sentence consistently with § 3583(b)(2).

To the extent that Pittman reurges the arguments he originally put forth in his response to counsel's now-withdrawn motion filed pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), he does not have the right to hybrid representation or simultaneous representation by himself and counsel. *See United States v. Villafranca*, 844 F.3d 199 (5th Cir. 2016), *cert. denied*, —— U.S. ——, 137 S.Ct. 1393, 197 L.Ed.2d 568 (2017). After the close of briefing, counsel filed a motion to withdraw at the request of Pittman, and Pittman filed a motion to proceed *pro se*. Neither counsel nor Pittman has established a "conflict of interest or other most pressing circumstances" warranting removal of counsel. FIFTH CIRCUIT PLAN UNDER THE CJA, § 5B. The motions are therefore DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.